# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JUNIOR HOLMAN, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) Case No. CIV-14-308-F |
| REECE LANE, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

On July 21, 2014, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation, recommending that the complaint be dismissed without prejudice for failure to prosecute. Magistrate Judge Goodwin advised plaintiff of his right to file an objection to the Report and Recommendation by August 11, 2014.

To date, plaintiff has not objected to the Report and Recommendation. The record reflects that the Report and Recommendation was returned undeliverable. LCvR 5.4(a), however, provides that "[p]apers sent by the Court will be deemed delivered if sent to the last known address given to the Court." As the Report and Recommendation sent to plaintiff's last known address is deemed to be delivered and plaintiff has not objected to the Report and Recommendation within the time prescribed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Charles B. Goodwin on July 21, 2014 (doc. no. 10) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**.

The complaint in the above-entitled case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

DATED August 12, 2014.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-308p001.wpd